LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6402 GAF (CWx) | Date | September 3, 2014 |
|---|---|---|---|
| Title | Trent Childs v. City of Los Angeles, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      (In Chambers)

### ORDER CLARIFYING PRE-TRIAL CONFERENCE ORDER

This is to clarify the pre-trial conference order with respect to the bifurcation of proceedings. The Court in the first phase will instruct the jury on the question of malice and oppression and ask the jury to make a finding on that question if they find liability on the part of any of the individual defendants. However, the Court will not permit any inquiry into issues of the financial condition of any individual defendant unless and until a jury determines that the defendant has engaged in conduct that would make him liable for punitive damages.

Accordingly, the Court will include the Ninth Circuit jury instruction on malice and oppression, and will also include it as a question in the special verdict form to be answered if liability is found.

The Court will shortly place on the Court's docket its draft instructions and verdict form. The parties should be prepared to discuss those documents on the day of trial.

**IT IS SO ORDERED.**