LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6402 GAF (CWx) | Date | September 4, 2014 |
|---|---|---|---|
| Title | Trent Childs v. City of Los Angeles, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

**ORDER RE: REMAINING CLAIMS**

At the pre-trial conference, the parties indicated that some of the remaining claims would be dismissed and that the joint witness list would be shortened.  (Docket No. 48.)  The Court prepared a pre-trial conference order regarding the claims that remained as of that date.  Since the pre-trial conference, the Court received and ruled on the Bane Act claim, which the Court dismissed.  Accordingly, the Court's docket now reflects the following claims for trial against the individual defendants in Phase 1:

Fourth Amendment/Unlawful Detention: against all named individual defendants

Fourth Amendment/Excessive Force: against Officers Aride and Delery

State Law Battery by a Police Officer: against Officers Aride and Delery

State Law False Arrest: against all named individual defendants

If the parties have agreed that some of these claims are not to proceed to trial, the parties need to advise the Court *forthwith* so that the Court can finish its preparation of the jury instructions and verdict form.

**IT IS SO ORDERED.**