JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENT CHILDS, <br><br> *Plaintiff,* <br><br> vs. <br><br> CITY OF LOS ANGELES, MARIO ARIDE, MICHAEL DELERY, DAVID RICH, ALEJANDRA SOTELO-CLEMENTE, COUNTY OF LOS ANGELES, AND DOES 1 through 20, Inclusive; <br><br> *Defendants.* | CASE NO.: CV13-06402 GAF (CWx) <br> *Hon. Gary A. Feess, Ctrm. 740, Roybal* <br> *Mag. Carla Woehrle, Ctrm. 640, Roybal* <br><br> **JUDGMENT IN FAVOR OF CITY DEFENDANTS AFTER TRIAL BY JURY AS TO PLAINTIFF TRENT CHILDS** |

This action came on regularly for trial on September 16, 2014, in Courtroom "740" of the United States District Court for the Central District of California, Roybal Federal Building, before the Honorable Gary A. Feess, Trial Judge.  Plaintiff Trent Childs was represented by Rahul Sethi and Olga Troshchiy.  The Defendants, City of Los Angeles, Michael Delery, and Mario Aride, were represented by Deputy City Attorney Surekha A. Pessis.[1]

---

[1] Plaintiffs voluntarily dismissed Defendants David Rich and Alejandra Sotelo-Clemente on the morning of September 17, 2014.

1

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues if, after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

### ILLEGAL DETENTION

**QUESTION NO. 1:** Did Plaintiff prove by a preponderance of the evidence that any defendant officer illegally detained him on February 4, 2012, without reasonable suspicion in violation of Plaintiff's rights under the Fourth Amendment of The United States Constitution?

Officer Mario Aride       YES _____       NO __✘__
Officer Michael Delery   YES _____       NO __✘__

Go to Question No. 2.

///
///
///
///
///
///

2

**EXCESSIVE FORCE**

**QUESTION NO. 2:** Did Plaintiff prove by a preponderance of the evidence that, in detaining him on February 4, 2012, any defendant officer used excessive force in violation of Plaintiff's rights under the Fourth Amendment of the United States Constitution?

Officer Mario Aride        YES _____        NO __✘__

Officer Michael Delery   YES _____        NO __✘__

*If No, Skip to Question No. 4.*

*Go to Question No. 3.*

**BATTERY BY A POLICE OFFICER UNDER STATE LAW**

**QUESTION NO. 3:** Did Plaintiff prove by a preponderance of the evidence that, in taking Plaintiff into custody, any defendant officer used unreasonable force in placing Plaintiff under arrest?

Officer Mario Aride        YES _____        NO __✘__

Officer Michael Delery   YES _____        NO __✘__

*Go to Question No. 4.*

**FALSE ARREST UNDER STATE LAW**

**QUESTION NO. 4:** Did defendants prove by a preponderance of the evidence that, on February 4, 2012, they had probable cause to believe that Plaintiff had committed a felony under California law?

Officer Mario Aride        YES __✘__        NO _____

Officer Michael Delery   YES __✘__        NO _____

*If you answered "No" for all defendants in Questions 1, 2, and 3, and "Yes" for all defendants in Question No. 4, sign, date and return the form to the Court. If you answered "Yes" for any defendant in Questions 1, 2, and 3, or "No" for any defendant with respect to Question No. 4, go to Question No. 5.*

3

1 | **QUESTION NO. 5:** With respect to the conduct that was the basis for your
2 | finding in favor of Plaintiff, did the defendant officer engage
3 | in that conduct with malice, oppression, or in reckless
4 | disregard of Plaintiff's rights?
5 | Officer Mario Aride        YES _____        NO _____
6 | Officer Michael Delery   YES _____        NO _____
7 |
8 | SIGN AND DATE THE FORM AND NOTIFY THE COURT.
9 |
10 | DATED: _____          _____
11 |                                                              FOREPERSON OF THE JURY

4

## JUDGMENT

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of Defendants City of Los Angeles, Michael Delery and Mario Aride and against the Plaintiff, Trent Childs;

2. That the Plaintiff Trent Childs shall take nothing;

3. That Defendants City of Los Angeles, Michael Delery and Mario Aride recover their costs of suit herein.

Dated: September 19, 2014  _____
**JS-6**                                          GARY A. FEESS
                                          **United States District Court Judge**

5